IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



FILED
AUG 0 7 2017
Clerk, U S District Court
District Of Montana
Missoula

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JASMINE MICHELE GIFFIN,<br><br>Defendant. | CR 17-12-M-DLC<br><br>ORDER |

IT IS HEREBY ORDERED that Community Medical Services shall be allowed to deliver and administer methadone, as prescribed by a licensed medical practitioner, to Jasmine Michele Giffin while she is incarcerated at the Missoula County Detention facility pursuant to order of this Court.

DATED this 7th day of August, 2017.

Jeremiah C. Lynch
United States Magistrate Judge

1