IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 17–12–M–DLC–4 |
| Plaintiff, | |
| | ORDER |
| vs. | |
| JASMINE MICHELE GIFFIN, | |
| Defendant. | |

United States Magistrate Judge Jeremiah C. Lynch entered Findings and

Recommendation in this matter on September 20, 2017. Neither party objected

and therefore they are not entitled to *de novo* review of the record. 28 U.S.C. §

636(b)(1); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

This Court will review the Findings and Recommendation for clear error.

*McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313

(9th Cir. 1981). Clear error exists if the Court is left with a "definite and firm

conviction that a mistake has been committed." *United States v. Syrax*, 235 F.3d

422, 427 (9th Cir. 2000).

Judge Lynch recommended this Court accept Jasmine Michele Giffin's

guilty plea after Giffin appeared before him pursuant to Federal Rule of Criminal

Procedure 11, and entered a plea of guilty to one count of conspiracy to commit

wire fraud, in violation of 18 U.S.C. § 1349 (Count 1), as set forth in the

Indictment. In exchange for Defendant's plea, the United States has agreed to

dismiss Counts 8, 10, 18, and 20 of the Indictment.

I find no clear error in Judge Lynch's Findings and Recommendation (Doc.

123), and I adopt them in full, including the recommendation to defer acceptance

of the Plea Agreement until sentencing when the Court will have reviewed the

Plea Agreement and Presentence Investigation Report.

Accordingly, IT IS ORDERED that Jasmine Michele Giffin's motion to

change plea (Doc. 116) is GRANTED and Jasmine Michele Giffin is adjudged

guilty as charged in Count 1 of the Indictment.

DATED this 5th day of October, 2017.

Dana L. Christensen, Chief District Judge
United States District Court