IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JASMINE MICHELE GIFFIN,<br><br>Defendant. | CR 17-12-DLC-4<br><br>ORDER OF RECUSAL |

I hereby recuse myself from this matter based on a conflict of interest. Accordingly, I ask that the Defendant's Initial Appearance on Revocation Proceedings scheduled for February 24, 2020 be conducted before a different Magistrate Judge.

DATED this 23rd day of January, 2020.

_____
Kathleen L. DeSoto
United States Magistrate Judge

1